UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE KEITH MOBLEY,

                Plaintiff,

-against-

UNITED STATES AS A NEW YORK CITIZEN; STATE OF NORTH CAROLINA,

                Defendants.

20-CV-6854 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On October 21, 2014, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Mobley v. United States*, ECF 1:14-CV-7885, 6 (S.D.N.Y. Oct. 21, 2014). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the October 21, 2014 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 26, 2020
           New York, New York

                                          COLLEEN McMAHON
                                          Chief United States District Judge