UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE KEITH MOBLEY,

               Plaintiff,

      -against-                              20-CV-6854 (CM)

UNITED STATES AS A NEW YORK CITIZEN;      CIVIL JUDGMENT
STATE OF NORTH CAROLINA,

               Defendants.

    Pursuant to the order issued August 26, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the October 21, 2014 order in *Mobley v. United States*, ECF 1:14-CV-7885, 6 (S.D.N.Y. Oct. 21, 2014), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  August 26, 2020
          New York, New York

                                                  COLLEEN McMAHON
                                              Chief United States District Judge